UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-697-GW | Date | February 19, 2016 |
|---|---|---|---|
| Title | *In re: Howard Samuels* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

On February 1, 2016, this Court issued a Notice Regarding Appeal from Bankruptcy Court. The Notice provides:

> Each party must comply with all applicable rules of the Federal Rules of Bankruptcy Procedure. As provided in said rules, within fourteen days after filing the notice of appeal, Appellant must file the following with the Clerk of the Bankruptcy Court:
>
> A designation of record
> A statement of issues on appeal
> A notice regarding the ordering of transcripts
>
> If the Appellee desires to designate further portions of the record, Appellee must file in the Bankruptcy Court within fourteen days after service of Appellant's designation a supplemental designation of record, supplemental statement of issues, and/or a notice regarding additional transcripts. . . .

The Notice also warns the parties: "The failure of either party to comply with time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal or the right to oppose the appeal."

Appellant filed his notice of appeal on February 1, 2016. To date, Appellant has not filed either a designation of record, a statement of issues on appeal, or a notice regarding the ordering of transcripts. Appellant shall have until March 7, 2016 to file these documents. If Appellant fails to file the required documents by that date, this appeal may be dismissed for failure to prosecute without further warning.

IT IS SO ORDERED.

:

Initials of Preparer   KSS